### ALAN UFLAND *v.* ANNETTE VELARDI ET AL.
### (10097)

DUPONT, C. J., LANDAU and HEIMAN, Js.

Argued November 4—decision released November 19, 1991

*Frank B. Velardi, Jr.,* with whom was *Francis E. Lamboley,* for the appellant (named defendant).

*Richard F. Connors,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

### MARY SHARIF *v.* KARIM SHARIF
### (10111)

DALY, FOTI and HEIMAN, Js.

Argued October 29—decision released November 19, 1991

*Linda Babcock,* with whom, on the brief, was *Lubbie Harper, Jr.,* for the appellant (defendant).

*Edward J. Dolan,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.